In the Matter of the Application of ADELE D. PRIESS, Appellant, for a Peremptory Writ of Mandamus against RHINELANDER WALDO, as Police Commissioner of the City of New York, Respondent.

*Matter of Priess* v. *Waldo*, 152 App. Div. 834, affirmed.
(Argued January 9, 1913; decided January 28, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 12, 1912, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendant to certify on the payrolls

of the police department of the city of New York that the petitioner, a police matron, is entitled to the same salary as a first-grade patrolman.

*Willoughby B. Dobbs* for appellant.

*Archibald R. Watson, Corporation Counsel (Louis H. Hahlo, Terence Farley* and *Arthur Sweeney* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.